# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Timothy A. Nix
                                      Plaintiff,

v.                                                                   Case No.: 1:14–cv–03399
                                                                  Honorable James B. Zagel

Jeffrey A. Delozier, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 23, 2016:

      MINUTE entry before the Honorable James B. Zagel: Motion to Adjourn and Reschedule the Status Conference [41] is granted. Status and motion hearing set for 9/27/16 are stricken. Status hearing reset to 12/8/16 at 9:15 a.m. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.